THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5208FDB |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION TO DISMISS THE INDICTMENT |
| GENARO MATA-ABARCA and ) JORGE GALEANA-ABARCA, ) | |
| Defendants. ) | |

THIS MATTER having come before the Court on the Government's Motion to Dismiss the Indictment, the Court having reviewed the motion, and the records and files herein;

IT IS NOW THEREFORE ORDERED that leave of court is hereby GRANTED for the filing of the foregoing dismissal.

DATED: this 12th day of August, 2005.

/s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Court Judge

Presented by:

s/ Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney

ORDER TO DISMISS INDICTMENT/
Genaro Mata-Abarca and Jorge Galeana-Abarca — 1
CR05-5208FDB

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970